IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE RUDY GOMEZ,

      Petitioner,                    No. CIV S-09-0361 DAD P

   vs.

R.E. BARNES,

      Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed a request to proceed in forma pauperis.

        In his application, petitioner challenges a judgment of conviction entered in the Stanislaus County Superior Court. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4    2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6    United States District Court
     Eastern District of California
7    2500 Tulare Street
     Fresno, CA 93721

8

9  DATED: February 13, 2009.

10

11   _____
     DALE A. DROZD
12   UNITED STATES MAGISTRATE JUDGE

13 DAD:9:kly
   gome0361.109
14